UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHECKERS DRIVE-IN RESTAURANTS,
INC.,

    Plaintiff,

v.                                       Case No. 8:11-cv-30-T-30TGW

ALAN POLL INTERNATIONAL, INC.,
et al.,

    Defendants.
_____/

### ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #10). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 14, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-30.dismiss 10.wpd